```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 17826
   TIMOTHY BRIAN ROSS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-9719
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/04/05 and confirmed on 06/24/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  52182.67 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREENWICH FINANCE | SECURED | 11327.00 | 591.94 | 11327.00 |
| STATE DISBURSEMENT UNIT | PRIORITY | 6000.00 | .00 | 6000.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 217.11 | .00 | 217.11 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1393.34 | .00 | 1393.34 |
| GPO AMERICA ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY/HRS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3168.52 | .00 | 2160.97 |
| CASH ADVANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 100.00 | .00 | 68.20 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY CIRCUIT COUR | UNSECURED | NOT FILED | .00 | .00 |
| MCC | UNSECURED | 255.36 | .00 | 174.16 |
| DEPENDON COLLECTION SERV | UNSECURED | 2321.99 | .00 | 1583.63 |
| CONSUMER PORTFOLIO SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 367.92 | .00 | 250.93 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREFERRED CASH | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL EDUCATION I | UNSECURED | NOT FILED | .00 | .00 |
| QUIK PAYDAY.COM | UNSECURED | 400.00 | .00 | 272.80 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 20658.62 | .00 | 14089.43 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| TIDEWATER CREDIT | UNSECURED | 12144.11 | .00 | 8282.43 |

```
UNITED CASH LOANS          UNSECURED      NOT FILED              .00           .00
USA PAYDAY LOANS           UNSECURED      NOT FILED              .00           .00
VERIZON WIRELESS           UNSECURED      NOT FILED              .00           .00
VILLAGE OF FOREST PARK     UNSECURED      NOT FILED              .00           .00
VILLAGE OF FOREST PARK     UNSECURED      NOT FILED              .00           .00
VILLAGE OF OAK PARK        UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   UNSECURED           3.07              .00          2.09
CAPITAL ONE BANK           UNSECURED         729.83              .00        497.75
ILLINOIS DEPT REVENUE      UNSECURED          48.60              .00         33.15
      Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11327.00      7610.45      40198.02            .00      59135.47
PRINCIPAL PAID      11327.00      7610.45      27415.54            .00      46352.99
INTEREST PAID         591.94           .00           .00           .00        591.94
TOTAL PAID          11918.94      7610.45      27415.54            .00      46944.93
```

The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   2195.07 .

Refunds to the Debtor totaled $    342.67 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                       /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE